IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN FRANKENFIELD and JILL FRANKENFIELD, | ) CIVIL DIVISION ) |
| | ) No: 08-43 |
| Plaintiffs, | ) |
| | ) U.S. District Judge Donetta W. Ambrose |
| vs. | ) |
| | ) |
| THE BOROUGH OF PLEASANT HILLS, BOROUGH OF PLEASANT HILLS POLICE DEPARTMENT, MAYOR WARREN F. BOURGEOIS, CHIEF OF POLICE FLOYD NEVLING, LIEUTENANT EDWARD CUNNINGHAM, in their Capacity as Employees and Representatives of the Borough of Pleasant Hills, and Individually, | ) **ELECTRONICALLY FILED** ) ) ) ) ) ) ) ) ) |
| Defendants. | |

## ORDER OF COURT

AND NOW, this _8th_ day of _Sept_____, 2008, upon consideration of the Stipulation of Dismissal entered by all parties, it is hereby ORDERED, ADJUDGED and DECREED that this matter is hereby dismissed, with prejudice.

BY THE COURT:

_____
United States District Donetta W. Ambrose

12/671828.v1